```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

**MICHAEL O. MULLEN**                                              **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:05cv566-WHB-JCS**

**FIRST STUDENT, INC.**                                            **DEFENDANT**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order that granted the Motion of Defendant for Summary Judgment on all of Plaintiff's claims, this case is hereby dismissed with prejudice.

SO ORDERED this the 31st day of October, 2006.

                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE