```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                           JACKSON DIVISION
```

MICHAEL O. MULLEN                                              PLAINTIFF

VERSUS                                              NO. 3:05-CV-566WHB-JCS

FIRST STUDENT, INC.                                            DEFENDANT

**FINAL JUDGMENT**

On October 2, 2007, the jury composed of Olivia Bounds, Foreperson and six other jurors returned a verdict as follows:

**JURY VERDICT BY SPECIAL INTERROGATORIES**

1. Do you find by a preponderance of the evidence that the bus involved in the incident with Plaintiff Michael O. Mullen on May 9, 2005 was owned or operated by Defendant First Student, Inc.

    _____    Yes

    \_\_x\_\_      No

**If your answer to Interrogatory No. 1 is "No", your deliberations are at an end and you need not finish answering the remaining interrogatories. You should however, date and sign this verdict form. The Court will enter a judgment for the Defendant, First Student, Inc.**

The Court hereby enters this Final Judgment finally dismissing Defendant, First Student, Inc., with prejudice together with its costs.

SO ORDERED, this the 2nd day of October, 2007.

                                        s/William H. Barbour, Jr.
                                        United States District Judge